IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Donald C. Meade, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action |
| v. | : | |
| Lincoln National Corporation, Ellen Cooper, Dennis Glass, and Randal Freitag | : | No.: 2:24-cv-01704-JFM |

### ORDER

AND NOW, this __8th__ day of __July__ 20__24__, it is hereby

ORDERED that the application of __Andrew J. Lichtman__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.[1]

☐ DENIED.

_____
John F. Murphy, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.