### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD C. MEADE, Individually and on Behalf of All Others Similarly Situated | : : : : | CIVIL ACTION |
| v. | : : | NO. 24-1704 |
| LINCOLN NATIONAL CORPORATION, et al. | : : : | |

## ORDER

**AND NOW**, this 23rd day of October 2024, upon considering Local 295 IBT Employer Group Pension Trust Fund's unopposed motion for appointment as lead plaintiff and approval of selection of lead counsel (DI 10) and notice regarding the same (DI 22), it is **ORDERED** that Local 295 IBT Employer Group Pension Trust Fund's motion for appointment as lead plaintiff and approval of selection of lead counsel (DI 10) is **GRANTED.**

The motion to appoint filed by James Carellas (DI 5) is **DENIED** as withdrawn and moot. *See* DI 18.

_____
**MURPHY, J.**