IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD C. MEADE,** *Individually and on Behalf of All Others Similarly Situated* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-1704 |
| | : | |
| **LINCOLN NATIONAL CORPORATION,** *et al.* | : | |

# **ORDER**

    **AND NOW**, this 24th day of July 2025, upon considering defendants' motion to dismiss (DI 40), plaintiff's opposition (DI 45), defendants' reply (DI 53), following oral argument held on June 23, 2025, and for reasons in the accompanying memorandum, it is **ORDERED** defendants' motion to dismiss (DI 40) is **GRANTED** and the amended complaint is **DISMISSED** without prejudice. Plaintiff has 14 days to file a second amended complaint.

*/s/ John F. Murphy*
**MURPHY, J.**