UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD C. MEADE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>LINCOLN NATIONAL CORPORATION, et al.,<br><br>　　　　　　　　　Defendants. | Civ. Action No. 2:24-cv-01704-JFM |

**ORDER OF JUDGMENT**

This matter having come before the Court on the motion to dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendants Lincoln National Corporation, Ellen Cooper, Dennis Glass, and Randal Freitag (collectively, "Defendants") [DI 40]; and Lead Plaintiff Local 295 IBT Employer Group Pension Trust Fund having opposed the motion; for the reasons expressed by the Court in its Memorandum Opinion, dated July 24, 2025 [DI 58],

**IT IS** on this 28th day of August, 2025,

**ORDERED** that Defendants' Motion to Dismiss [DI 40] is **GRANTED**; and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 12(b)(6), the Amended Complaint [DI 35] is **DISMISSED WITH PREJUDICE**.  The clerk is directed to terminate and close this matter.

DATED: August 28, 2025

_____
THE HONORABLE JOHN F. MURPHY
UNITED STATES DISTRICT JUDGE