UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD C. MEADE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civ. Action No. 2:24-cv-01704-JFM |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LINCOLN NATIONAL CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Lead Plaintiff in the above-captioned case, Local 295 IBT Employer Group Pension Trust Fund, on behalf of itself and all others similarly situated, appeals to the United States Court of Appeals for the Third Circuit from: (i) the July 24, 2025 Memorandum Opinion (DI 58); (ii) the August 28, 2025 Order of Judgment (DI 63); and (iii) all prior opinions and orders that have merged into the Order of Judgment.

DATED:  September 25, 2025               Respectfully submitted,

                SAXTON & STUMP, LLC

                */s/ Lawrence F. Stengel*
                LAWRENCE F. STENGEL
                PA Attorney I.D. #32809
                280 Granite Run Drive, Suite 300
                Lancaster, PA  17601
                Telephone:  717/556-1080
                lfs@saxtonstump.com

                Local Counsel

                ROBBINS GELLER RUDMAN
                  & DOWD LLP
                SAMUEL H. RUDMAN (admitted *pro hac vice*)
                DAVID A. ROSENFELD (admitted *pro hac vice*)
                ROBERT D. GERSON (admitted *pro hac vice*)
                NATALIE C. ARENELLA (admitted *pro hac vice*)
                58 South Service Road, Suite 200
                Melville, NY  11747
                Telephone:  631/367-7100
                631/367-1173 (fax)
                srudman@rgrdlaw.com
                drosenfeld@rgrdlaw.com
                rgerson@rgrdlaw.com
                narenella@rgrdlaw.com

                Lead Counsel for Lead Plaintiff